

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| TERESA CORRAL-LERMA, | § | No. 08-17-00201-CV |
| Appellant, | § | Appeal from the |
| v. | § | 120th District Court |
| BORDER DEMOLITION & ENVIRONMENTAL, INC., as a | § | of El Paso County, Texas |
| Corporation, RAUL SOLIS, Individually, and BONNIE SOLIS, Individually, | § | (TC# 2009-2631) |
|  | § |  |
| Appellees. |  |  |

# **J U D G M E N T**

The Court has considered this cause on the Appellant's motion to dismiss after abatement of the appeal and concludes the motion should be granted and the appeal should be dismissed, in accordance with the opinion of this Court. We therefore dismiss the appeal with prejudice. We further order that each party pay their own costs of appeal. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 29TH OF NOVEMBER, 2021.

JEFF ALLEY, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.